[No. 45291-6-I. Division One. September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No 99-1-04594-3, Michael Hayden, J., entered September 20, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44776-9-I. Division One. September 5, 2000.]

TERRY R. COLE, *Respondent*, v. NEAL A. BROIDY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-25514-9, Peter Jarvis, J., entered June 4, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 44651-7-I. Division One. September 5, 2000.]

KIRK WHITCOMBE, ET AL., *Appellants*, v. DALE BARR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-14065-8, Glenna Hall, J., entered March 19, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 44908-7-I. Division One. September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00053-4, Carol A. Schapira, J., entered June 15, 1999. *Reversed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Ellington, J.